IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   )<br>)<br>)<br>vs.                                             )<br>)<br>)<br>**ROSE EMILY LORENZO**              )<br>**MICHELL STENT-HILTON**          )<br>_____) | Criminal No.: __2:25-cr-369__<br><br><br>MOTION TO UNSEAL |

The United States of America, by the undersigned counsel, hereby files this Motion to Unseal the Indictment in this case. The reason provided for sealing is no longer applicable, and it is not necessary to maintain the Indictment under seal.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment in this matter.

                                                    Respectfully submitted,

                                                   BROOK B. ANDREWS
                                                   ACTING UNITED STATES ATTORNEY

                                        By:  __/s/ *Whit Sowards*__
                                                Whit Sowards (Fed. ID #11844)
                                                Emily Evans Limehouse (Fed. ID #12300)
                                                Assistant United States Attorneys
                                                151 Meeting Street, Ste. 200
                                                Charleston, South Carolina 29401
                                                Tel.: (843) 727-4381
                                                Fax: (843) 727-4443
                                                Emily.Limehouse@usdoj.gov
                                                John.Sowards@usdoj.gov

February 26, 2025
Charleston, South Carolina